IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. A90-02881-PWB |
| | ) | |
| THE RUSSELL CORPORATION, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE PAUL W. BONAPFEL |

**MOTION TO APPROVE PAYMENT OF FUNDS INTO REGISTRY OF COURT**

NOW COMES the Trustee in the above-styled case, pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, and shows the Court as follows:

1.

On or about July 31, 2009, the Trustee sent out first and final dividend checks to the holders of allowed claims. The Trustee has on hand the sum of $4,006.61 (the "Remaining Funds"). Such Remaining Funds have not been distributed due to the fact that four of the dividend checks were either not cashed or were returned for the reasons shown on Exhibit "A" hereto. The Trustee has stopped payment on these checks.

2.

11 U.S.C. §347(a) controls funds remaining unclaimed under Chapter 7 of the Federal Bankruptcy Code. Such section provides that ninety days after a final distribution the Trustee shall stop payment on any check remaining unpaid, and requires that any remaining property of the estate shall be paid into the registry of the Court. Accordingly, the Trustee requests that the Court enter an order authorizing the Trustee to pay the Remaining Funds into the registry of the Court.

3.

With respect to funds paid into the registry of Court pursuant to 11 U.S.C. §347(a), Bankruptcy Rule 3011 requires the Trustee to file a list of all known names and addresses of the

creditors and the amounts to which they are entitled. The required list with respect to the Remaining Funds is attached hereto as Exhibit "A."

WHEREFORE, Applicant prays that an Order be entered directing the Clerk of this Court the escrow in the registry of the Court the Remaining Funds previously identified, subject to the claims of any creditor who either failed to negotiate the dividend check or whose address was unknown, for a period of three years and thereafter to turn over the Remaining Funds to the Treasury of the United States.

This 17th day of February, 2010.

                                                  Respectfully submitted,

                                                  SCROGGINS & WILLIAMSON

                                                  /s/ J. Robert Williamson
                                                  J. ROBERT WILLIAMSON

1500 Candler Building           Georgia Bar No. 765214
127 Peachtree Street, N.E.       Counsel for the Trustee
Atlanta, Georgia 30303
(404)893-3880

EXHIBIT A - UNCASHED CHECKS

Russell Corporation, Case No. A90-02881-PWB

Cheryl K. Raines - $524.74
9512 Forest Knoll Drive
Jonesboro, Georgia 30236
(Uncashed)

Laura J. Hennis - $713.26
177 Kettlewood Drive
Lilburn, Georgia 30247
(Returned - Address Unknown)

Laura J. Hennis (alternate address)
2415 Ashley Club
Norcross, Georgia 30092
(Returned - Address Unknown)

William Patrick Collins - $2,000.00
2631 Castlerock Drive
Duluth, Georgia 30136
(Uncashed)

Montgomery County, Alabama - $768.37
Montgomery County Courthouse
251 S. Lawrence Street
Montgomery, Alabama 36104-4215
(Declined to Negotiate Due to Inability to Identify Account)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **MOTION TO APPROVE PAYMENT OF FUNDS INTO REGISTRY OF COURT** by depositing same in the United States Mail with adequate postage prepaid, and addressed to the following:

> Office of the U.S. Trustee
> 362 Richard Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia  30303

This 17th day of February, 2010.

>>> Respectfully submitted,
>>>
>>> SCROGGINS & WILLIAMSON
>>>
>>> /s/ J. Robert Williamson
>>> J. ROBERT WILLIAMSON
>>> Georgia Bar No. 765214
>>> Counsel for the Trustee

1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404)893-3880